James D. Holman, Esq., ISB 2547
THOMSEN STEPHENS LAW OFFICES, PLLC
2635 Channing Way
Idaho Falls ID 83404
Telephone (208)522-1230
Fax (208)522-1277

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| MARK REINKE, | ) | Case No. 07-494-E-BLW |
| | ) | |
| Plaintiff, | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | F.R.C.P. 41(a)(1) |
| v. | ) | |
| | ) | |
| MEMORIAL MONUMENTS AND | ) | |
| VAULTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Plaintiff Mark Reinke, by and through counsel of record, hereby voluntarily dismisses this action.

DATED this _11_ day of March, 2008.

THOMSEN STEPHENS LAW OFFICES, PLLC

By: _____
James D. Holman, Esq.

1 -   NOTICE OF VOLUNTARY DISMISSAL